JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Harminder Kau Khera, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case No. EDCV 17-1827 JGB (KKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant United States of America is GRANTED. Plaintiffs' Complaint against Defendant is DISMISSED.

Judgment is entered in favor of Defendant United States of America.

Dated: May 10, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge